## "EXHIBIT B__"

### LISTING OF TIME SPENT AND SERVICES RENDERED ON BEHALF OF THE DEBTOR

Hourly Rate for Attorneys and Paralegals

| | | |
|---|---|---|
| KS | Ken Steidl, Partner | $350.00/hour |
| JFS | Julie Frazee Steidl, Partner | $350.00/hour |
| CMF | Christopher M. Frye, Partner | $300.00/hour |
| LML | Lauren M. Lamb, Partner | $250.00/hour |
| AES | Abagale Steidl, Associate | $250.00/hour |
| P | Paralegal | $150.00/hour |

| *Description of Service* | *Date* | *Time Spent* | *Rate* |
|---|---|---|---|
| Phone meeting with Client's POA Melanie Sandrock to discuss sale of property | 02.05.2024 | .5 | P |
| Phone call with Buyer's Attorney James Haines to discuss Sales agreement | 06.12.2024 | .2 | P |
| Internal discussions re sale, process, and procedure | 08.28.2024 | 0.4 | CMF |
| Review of claims and liens | 08.29.2024 | 0.5 | CMF |
| Preparation of Complaint to Sell Property | 08.29.2024 | 2.1 | CMF |
| Filing of the Adversary Complaint and Creation of Adversary Proceeding | 08.29.2024 | 0.4 | P |

### CONTEMPLATED SERVICES THAT WILL OCCUR AFTER THE DATE OF FILING FOR THE COMPLAINT TO SELL

| *Description of Service* | *Date* | *Time Spent* | *Rate* |
|---|---|---|---|
| Review of the Court Issued Summons | {    } | 0.2 | CMF |
| Service of the Court Issued Summons and the Motion to Sell | {    } | 0.5 | P |
| Preparation of the Certificate of Summons Service Executed | {    } | 0.3 | P |
| Filing of the Certificate of Summons Service Executed | {    } | 0.3 | P |
| Contact Newspaper Re: Advertising | {    } | 0.1 | P |
| Contact Pittsburgh Post-Gazette Re: Advertising | {    } | 0.1 | P |
| Uploaded Sale Information to EASI Website | {    } | 0.1 | P |
| Filing of Proof of Publication #1 | {    } | 0.1 | P |
| Filing of Proof of Publication #2 | {    } | 0.1 | P |
| Preparation of Hearing Re: Motion to Sell | {    } | 0.5 | CMF |
| Attendance at Hearing Re: Motion to Sell | {    } | 0.5 | CMF |
| Preparation of the CoC Re: Completed Order | {    } | 0.1 | P |
| Review of the Order Granting Sale | {    } | 0.1 | CMF |
| Service of the Order Granting Sale | {    } | 0.3 | P |
| Preparation of the Certificate of Service Re: Order Granting Sale | {    } | 0.3 | P |
| Filing of the Certificate of Service Re: Order Granting Sale | {    } | 0.3 | P |
| Preparation of the Report of Sale | {    } | 0.3 | CMF |
| Filing of the Report of Sale | {    } | 0.3 | P |
| Service of the Report of Sale | {    } | 0.3 | P |

**Total Time Spent**:            8.9 Hours

Hours by Attorney/Rate
KS            $350.00/hour x 4.0 hours=        $ 0.00

| | | |
|---|---|---|
| JFS | $350.00/hour x 1.0 hours= | $ 0.00 |
| CMF | $300.00/hour x 4.6 hours= | $ 1,380.00 |
| LML | $300.00/hour x 0.0 hours= | $ 0.00 |
| AES | $250.00/hour x 0.0 hours= | $ 0.00 |
| P | $150.00/hour x 4.3 hours= | $ 645.00 |

**TOTAL FEES REQUESTED: $2,025.00**